IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FORT SMITH DIVISION

UNITED STATES OF AMERICA                                    PLAINTIFF

    v.                    No. 05-20074-001

EDUARDO ARREOLA                                             DEFENDANT

### **ORDER**

Now on this 27th day of February, 2006, there comes on for consideration the Magistrate Judge's Report and Recommendation (Doc. 27) filed herein on February 14, 2006 by the Honorable Beverly Stites Jones, United States Magistrate Judge for the Western District of Arkansas. The parties have filed no written objections to the report and recommendation.

The Court has reviewed this case and, being well and sufficiently advised, finds as follows: The report and recommendation is proper and should be and hereby is adopted in its entirety. Accordingly, Defendant's Motion to Suppress (Docs. 16-17) is DENIED.

IT IS SO ORDERED this 27th day of February, 2006.

/s/ Robert T. Dawson
Honorable Robert T. Dawson
United States District Judge